L. W. Tilden, *et al.,* Appellant, v. C. F. Mather Smith, Appellee.

An Appeal from the Circuit Court for Orange County; C. O. Andrews, Judge.

Appeal dismissed on motion of counsel for Appellants.

*Maguire & Voorhis* and *E. W.* and *R. C. Davis,* for Appellants;

*Massey, Warlow & Carpenter,* for Appellee.